NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ROBERT W. JOHNSON,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2009-7100

---

Appeal from the United States Court of Appeals for Veterans Claims in 07-0801, Judge Ronald M. Holdaway.

---

**ON MOTION**

---

**ORDER**

Upon consideration of Robert W. Johnson's motion to voluntarily withdraw his appeal,

IT IS ORDERED THAT:

(1) The motion is granted and the appeal is dismissed.

(2) Each side shall bear its own costs.

FOR THE COURT

SEP 2 1 2010                          /s/ Jan Horbaly
Date                                  Jan Horbaly
                                      Clerk

cc: David Allen Prange, Esq.
    Tara K. Hogan, Esq.

s21

Issued As A Mandate: SEP 2 1 2010

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 2 1 2010

JAN HORBALY
CLERK